UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KYLE SUMMERS, MATTHEW KLUCHIN, SARA GARDEPHE, ZACH MORRISON, and TIMOTHY HILL, | § § § § § | No. 1:19–CV–1020–DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| ONE GOOD MAN PRODUCTIONS, LP, ONE GOOD MAN PRODUCTIONS, LLC, BRAD HUNT, and LISA FREBERG, | § § § § § | |
| Defendants. | § | |

ORDER

Before the Court is the above-styled and numbered cause. On December 4, 2020, the parties filed a Stipulation of Dismissal (Dkt. # 35) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS ORDERED** that the case is hereby **CLOSED**. Any court settings in this case are **CANCELLED**.

**IT IS SO ORDERED.**

**SIGNED** on December 7, 2020.

_____
David Alan Ezra
Senior United States District Judge